UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYRION PERERA | INDEX #: 09 CIV 7205 |
| Plaintiff(s) Petitioner(s) | DATE FILED: 08/14/2009 |
| - against - | |
| EXTRAORDINARY DVD VIDEO CORP., EXQUISITE DVD VIDEO CORP. & MARTIN GOONETILLEKE | JUDGE: JONES |
| Defendant(s) Respondent(s) | |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

LAURA VELLA, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/31/2009, 08:50AM at 99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY NY 12231, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on EXTRAORDINARY DVD VIDEO CORP., a defendant in the above action.

Deponent served CAROL VOGT, an employee with the NEW YORK Secretary of State, with 2 copies of the above described papers and a fee of $40.00, pursuant to section 306 of the BCL.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 45    Approximate height 5'04"    Approximate weight 130    Color of skin WHITE    Color of hair BROWN    Other GLASSES

THE LAW OFFICE OF
JUSTIN A. ZELLER,
P.C.
11 EAST BROADWAY
SUITE # 9C
NEW YORK, NY 10038
(212)229-2249

LAURA VELLA

Sworn to before me on 09/04/2009
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501
Phone: 516-742-0077 * Fax: 516-742-4726