UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYRION PERERA | INDEX #: 09 CIV 7205 |
| Plaintiff(s) / Petitioner(s) | DATE FILED: 08/14/2009 |
| - against - | |
| EXTRAORDINARY DVD VIDEO CORP., EXQUISITE DVD VIDEO CORP. & MARTIN GOONETILLEKE | JUDGE: JONES |
| Defendant(s) / Respondent(s) | |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 09/09/2009, 12:22PM at 278 MCCLOUD DRIVE, FORT LEE NJ 07024, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on MARTIN GOONETILLEKE, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 46   Approximate height 5'06"   Approximate weight 178   Color of skin BROWN   Color of hair BLACK   Other GOATEE, MUSTACHE, NJ LICENSE PLATE#: KDH69X

MARTIN GOONETILLEKE told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER,
P.C.
11 EAST BROADWAY
SUITE # 9C
NEW YORK, NY 10038
(212)229-2249

TONY CONIGLIARO

Sworn to before me on 09/10/2009
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501
Phone: 516-742-0077 * Fax: 516-742-4726